MUSCULAR DYSTROPHY ASSOCIATIONS OF AMERICA, INC., Respondent, v. NATIONAL FOUNDATION FOR MUSCULAR DYSTROPHY, INC., Appellant.— Order unanimously modified to eliminate all of the items of examination except items 14, 15, 16, 23, 24, 25, 27 and 29 and otherwise provide for examination as to defendant's promotional and solicitation activities, programs and materials.  The books and records required to be produced upon the examination will be those relevant to the matters of inquiry allowed.  The order is further modified to provide only for the examination in the first instance of Ruth Berini, defendant's executive director, and David L. Wilkoff, chairman of defendant's board of directors.  As so modified the order is affirmed, with $20 costs and disbursements to the appellant.  The date for the examination to proceed shall be fixed in the order.  Settle order on notice.  Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

■

ALEXANDER P. BROWN, Appellant, v. KOHLER & CAMPBELL, INC., Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent.  No opinion.  Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

■

JAMES WILLIAMS, Appellant, v. HOWARD JONES, Defendant. EDWARD W. JACKO, JR., Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent.  No opinion.  Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

■

In the Matter of EDWARD L. NETHING, a Bankrupt, Respondent. EVA LEFTOW et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to petitioner-respondent.  No opinion.  Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOLMES ELECTRIC PROTECTIVE CO. against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.  [See ante, p. 886.]

■

ETHEL FEINMAN, Plaintiff, v. BERNARD RICE SONS, INC., Defendant and Third-Party Plaintiff. JOSEPH B. FEINMAN, Third-Party Defendant and Fourth-Party Plaintiff-Appellant, v. LIBERTY MUTUAL INSURANCE COMPANY, Fourth-Party Defendant-Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs.  Present — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.  [See ante, p. 926.]